UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC. and
GUNS, INC.,

      Plaintiffs,

   v          06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco, Firearms and Explosives,
Individually and in his official
capacity, U.S. DEPARTMENT OF JUSTICE,
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
and EXPLOSIVES,

      Defendants.

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | JOHN MORGAN and U.S. DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL, TOBACCO, FIREARMS and EXPLOSIVES |
| DATE, TIME AND PLACE: | Submitted on the papers |
| SUPPORTING PAPERS: | Motion For Substitution of the United States for the Defendant John Morgan and for Dismissal; Memorandum of Law in Support of Substitution of Party and for Dismissal; Affidavit of Mary E. Fleming; and Declaration of Harry B. Pass |

RELIEF SOUGHT:                    Dismissal of Complaint

**DATED**: December 15, 2006      TERRANCE P. FLYNN
                                  United States Attorney
                                  Western District of New York


                           BY:    s/Mary E. Fleming
                                  MARY E. FLEMING
                                  Assistant U.S. Attorney
                                  Bar Roll Number: 514110
                                  Attorney for Defendants
                                     John Morgan and Bureau of
                                     Alcohol, Tobacco, Firearms and
                                     Explosives
                                  United States Attorney's Office
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  (716) 843-5700, ext. 867
                                  [mary.pat.fleming@usdoj.gov]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC. and
GUNS, INC.

                Plaintiffs,

      v.                          06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco, Firearms and Explosives,
Individually and in his official
capacity, U.S. DEPARTMENT OF JUSTICE,
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
and EXPLOSIVES,
                Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

I hereby certify that on December 15, 2006, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

    William J. Dreyer, Esq.

                                      s/Diane E. Carlsen
                                      DIANE E. CARLSEN
                                      Legal Assistant