UNITED STATES DISTRICT COURT FOR
<u>THE NORTHERN DISTRICT OF NEW YORK</u>

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

        Plaintiffs,

        v                    06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco and Firearms,

        Defendant.

_____

**NOTICE OF MOTION**

| | |
|---|---|
| MOTION BY: | JOHN MORGAN, Special Agent of the Federal Bureau of Alcohol, Tobacco and Firearms |
| DATE, TIME AND PLACE: | Submitted on the papers |
| SUPPORTING PAPERS: | Memorandum of Law in Support of Dismissal |
| RELIEF SOUGHT: | Dismissal of Complaint |

**DATED**: February 13, 2009      KATHLEEN M. MEHLTRETTER
                                                Acting United States Attorney
                                                Western District of New York

                                           BY: /s/MARY E. FLEMING
                                                Assistant U.S. Attorney
                                               Bar Roll Number: 514110
                                               Attorney for Defendant
                                                   John Morgan
                                               United States Attorney's
                                               Office
                                               138 Delaware Avenue
                                               Buffalo, New York 14202
                                               (716) 843-5700, ext. 867
                                               [mary.pat.fleming@usdoj.gov]

UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

        Plaintiffs,

        v.                        06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco and Firearms,

        Defendant.

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2009, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

    William J. Dreyer, Esq.

                        /s/MARQUITTA R. WHITEHEAD
                        Legal Assistant