```
UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

                    Plaintiffs,

          v                              06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco and Firearms,

                    Defendant.
```

**NOTICE OF MOTION**

| | |
|---|---|
| MOTION BY: | JOHN MORGAN, Special Agent of the Federal Bureau of Alcohol, Tobacco and Firearms |
| DATE: | October 23, 2009<br>Submitted on the papers |
| SUPPORTING PAPERS: | Memorandum of Law in Support of Motion, Appendix, including Declarations of Patricia Power and Rory O'Connor, and Statement of Material Facts |
| RELIEF SOUGHT: | Dismissal of Complaint pursuant to Fed.R.Civ.P. Rules 12(b)(1), 12(b)(6) or, in the alternative, 56(b) |

**DATED**: September 21, 2009        KATHLEEN M. MEHLTRETTER
                                     United States Attorney
                                     Western District of New York

                               BY:   S/Mary E. Fleming
                                     MARY E. FLEMING
                                     Assistant U.S. Attorney
                                     Bar Roll Number: 514110
                                     Attorney for Defendant
                                       John Morgan
                                     United States Attorney's
                                     Office
                                     138 Delaware Avenue
                                     Buffalo, New York 14202
                                     (716) 843-5700, ext. 867
                                     [mary.pat.fleming@usdoj.gov]

UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

       Plaintiffs,

          v.                               06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco and Firearms,

       Defendant.

---

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2009, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

    April M. Wilson, Esq.

                                                  S/Diane E. Carlsen
                                                  DIANE E. CARLSEN
                                                  Legal Assistant