UNITED STATES DISTRICT COURT FOR
<u>THE NORTHERN DISTRICT OF NEW YORK</u>
LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

        Plaintiffs,

    v                    06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco and Firearms,

        Defendant.

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | JOHN MORGAN, Special Agent of the Federal Bureau of Alcohol, Tobacco and Firearms |
| DATE: | October 23, 2009<br>Submitted on the papers |
| SUPPORTING PAPERS: | Memorandum of Law in Support of Motion, Appendix, including Declarations of Patricia Power and Rory O'Connor, and Statement of Material Facts |
| RELIEF SOUGHT: | Dismissal of Complaint pursuant to Fed.R.Civ.P. Rules 12(b)(1), 12(b)(6) or, in the alternative, 56(b) |

**DATED**: September 21, 2009    KATHLEEN M. MEHLTRETTER
                                          United States Attorney
                                          Western District of New York

                                  BY:   <u>S/Mary E. Fleming</u>
                                                  MARY E. FLEMING
                                                  Assistant U.S. Attorney
                                                  Bar Roll Number: 514110
                                                  Attorney for Defendant
                                                      John Morgan
                                                  United States Attorney's
                                                  Office
                                                  138 Delaware Avenue
                                                  Buffalo, New York 14202
                                                  (716) 843-5700, ext. 867
                                                  [mary.pat.fleming@usdoj.gov]

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

                Plaintiffs,

        v.                                       06-CV-0959FJS/DRS

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco and Firearms,

                Defendant.
_____
```

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2009, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

April M. Wilson, Esq.

                                         S/Diane E. Carlsen
                                         DIANE E. CARLSEN
                                         Legal Assistant