IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

                Plaintiffs,

v.                                      Civ. Case No.: 06-CV-0959
                                                (FJS/DRH)

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco, Firearms and Explosives,
Individually,

                Defendant.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

Dated:

| | |
|---|---|
| _/s/ William J. Dreyer_ | _/s/ Mary E. Fleming_ |
| WILLIAM J. DREYER, ESQ. | MARY E. FLEMING, ASSISTANT U.S. ATTORNEY |
| Bar Roll No.: 101539 | Bar Roll No.: 514110 |
| Dreyer Boyajian LLP | Chief, Civil Division |
| Attorneys for Plaintiff Moore | U.S. Department of Justice |
| 75 Columbia Street | Western District of New York |
| Albany, NY 12210 | 138 Delaware Avenue |
| (518) 463-7784 | Buffalo, NY 14202 |
| | (716) 843-5867 |