IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

LOUIS BRIAN OLESEN, II,
BARBARA OLESEN,
AMERICAN SHOOTERS SUPPLY, INC.,

        Plaintiffs,

v.                                        Civ. Case No.: 06-CV-0959
                                                     (FJS/DRH)

JOHN MORGAN, Special Agent of
the Federal Bureau of Alcohol,
Tobacco, Firearms and Explosives,
Individually,

        Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other.

Dated:

_____
WILLIAM J. DREYER, ESQ.
Bar Roll No.: 101539
Dreyer Boyajian LLP
Attorneys for Plaintiff Moore
75 Columbia Street
Albany, NY 12210
(518) 463-7784

_____
MARY E. FLEMING, ASSISTANT U.S. ATTORNEY
Bar Roll No.: 514110
Chief, Civil Division
U.S. Department of Justice
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
(716) 843-5867

SO ORDERED

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

9/6/11